AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| XR Communications, LLC, dba Vivato Technologies | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00203-JRG-RSP |
| Verizon Communications, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XR Communications, LLC, dba Vivato Technologies.

Date:   05/24/2023

/s/ Neil S. Rubin
*Attorney's signature*

Neil S. Rubin (CA SBN 250761)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

nrubin@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print    Save As...    Reset