AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| XR Communications, LLC, dba Vivato Technologies ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:23-cv-00203-JRG-RSP |
| Verizon Communications, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XR Communications, LLC, dba Vivato Technologies .

Date:  05/24/2023

/s/ Paul A. Kroeger
*Attorney's signature*

Paul A. Kroeger (CA SBN 229074)
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

pkroeger@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*