# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, <br><br> *Plaintiff*, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> *Defendants*. | Case No. 2:23-cv-00203 <br><br> Jury Trial Demanded |

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless submit this notice of party with financial interest.

Cellco Partnership d/b/a Verizon Wireless is indirectly wholly-owned by Verizon Communications Inc.

Verizon Communications Inc. is a publicly held company. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Respectfully submitted,

Dated:  July 17, 2023
/s/ *Deron Dacus*
Deron R Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705.1117
Facsimile: (903) 581.2543

*Attorney for Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless*

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 17, 2023.

/s/ *Deron Dacus*
Deron Dacus
