AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-00203 | DATE FILED<br>5/8/2023 | U.S. DISTRICT COURT<br>Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES, | | DEFENDANT<br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,737,511 | 5/27/2014 | XR Communications, LLC |
| 2 | 10,715,235 | 7/14/2020 | XR Communications, LLC |
| 3 | 10,594,376 | 3/17/2020 | XR Communications, LLC |
| 4 | 7,177,369 | 2/13/2007 | XR Communications, LLC |
| 5 | 8,289,939 | 10/16/2012 | XR Communications, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Having considered the Motion, the Court finds that it should be and hereby is GRANTED. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants and other Parties in the above-captioned cases are DISMISSED WITH PREJUDICE. Further, all counterclaims asserted by Defendants and other Parties against Plaintiff are DISMISSED WITHOUT PREJUDICE |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>nkl | DATE<br>1/8/2026 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

[Print]  [Save As...]  [Reset]